**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

HUMBERTO VALLIN,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-73035

Agency No. A028-727-740

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Humberto Vallin, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen based

on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252.

We review for abuse of discretion the denial of a motion to reopen, and review de

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

novo claims of due process violations. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Vallin's motion to reopen on the ground that he presented insufficient evidence to establish prejudice resulting from the alleged errors of his former counsel. *See Rojas-Garcia v. Ashcroft,* 339 F.3d 814, 826 (9th Cir. 2003) (requiring prejudice to prevail on an ineffective assistance claim).

In light of our disposition, we need not address Vallin's remaining contentions.

**PETITION FOR REVIEW DENIED.**